# Court of Appeals
# of the State of Georgia

ATLANTA,    January 07, 2016

*The Court of Appeals hereby passes the following order:*

**A16E0022.  REF DEVELOPMENT, INC. et al. v. FIRST CITIZENS BANK AND TRUST COMPANY, INC.**

The emergency motion of petitioners, REF Development, Inc., Philip Adelsheimer, and Larry B. Thompson, requesting an extension of time until January 22, 2016, in which to file an application for discretionary appeal is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*    01/07/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*